United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

OAKWOOD CENTER LLC, et al.,

Defendants.

Case No. 19-CV-01582-LHK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Re: Dkt. No. 24

In this case, Plaintiff Scott Johnson asserts claims under the Americans with Disabilities Act and the Unruh Civil Rights Act against Defendants Oakwood Center LLC and Long Thanh Do.  On April 3, 2019, Johnson consented to the jurisdiction of United States Magistrate Judge Virginia K. DeMarchi.  ECF No. 7.  Subsequently, after the Clerk entered default as to both Defendants, ECF Nos. 11, 13, Johnson filed a motion for default judgment on August 21, 2019, ECF No. 20.  On December 27, 2019, Judge DeMarchi filed and served an order directing that the case be reassigned to a United States District Court Judge, and that further provided a report and recommendation that Johnson's motion for default judgment be granted in part and denied in part. ECF No. 24 ("Report and Recommendation").

Because the Court had concerns regarding whether the amended motion for default judgment and the Report and Recommendation had been served to Defendants pursuant to court order, the Court ordered Plaintiff to show cause and to substantiate its service of both the amended

motion for default judgment and the Report and Recommendation. ECF No. 27. Johnson filed proofs of service that clarified that he had served both Defendants with the amended motion for default judgment on August 22, 2019, *see* ECF No. 34-2, and with the Report and Recommendation on January 17, 2020, *see* ECF No. 28-1. Since that time, no objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and that the matter is suitable for determination on the papers without argument. Accordingly, the Court adopts the Report and Recommendation. Specifically, the Court hereby ORDERS as follows:

1. Johnson's motion for default judgment is DENIED as to Oakwood Center, LLC;[1]

2. Johnson's motion for default judgment is GRANTED as to Long Thanh Do;

3. Johnson is awarded statutory damages in the amount of $8,000;

4. Johnson is awarded $670 in costs;

5. Johnson's request for attorneys' fees is GRANTED in the amount $4,597.50;

6. To the extent that Defendant Do, in his capacity as the alleged owner of Ceci's Liquor Store in San Jose California, has the legal right and ability to do so, the Court GRANTS an injunction requiring Defendant Do to provide accessible parking spaces, paths of travel, and transaction counter as required by the ADAAG 1991 Standards, 28 C.F.R., Part 36, App. D §§ 4.6.3, 7.2(1); 2010 Standards, 36 C.F.R., Part 1191, App. B § 225.2.2; and 2010 Standards, 36 C.F.R., Part 1191, App. D §§ 302.1, 403.5.1, 502.4, 904.4 and 904.4.1.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2020

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

---

[1] In fact, on January 21, 2020, the Court dismissed Defendant Oakwood Center LLC from the case for failure to properly serve. *See* ECF No. 30.

United States District Court
Northern District of California